Kurt A. Kappes (SBN 146384)
Alexander L. Nowinski (SBN 304967)
GREENBERG TRAURIG, LLP
400 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone: 916.442.1111
Facsimile: 916.448.1709
kappesk@gtlaw.com
alexander.nowinski.com

Attorneys for Plaintiff
ZORYA RESEARCH AND PRODUCTION ENTERPRISES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZORYA RESEARCH AND PRODUCTION ENTERPRISES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RUSSIAN FEDERATION,<br><br>　　　　Defendant. | CASE NO. 2:25-cv-01615-DJC-SCR<br><br>**DEMAND FOR JURY TRIAL BY PLAINTIFF ZORYA RESEARCH AND PRODUCTION ENTERPRISES**<br><br>[Removed from Sacramento County Superior Court – Case No. 24-CV-017784] |

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff Zorya Research and Production Enterprises hereby reserves its right and demands that this matter be submitted to and tried before a jury.

DATED: June 24, 2025　　　　　　　　　GREENBERG TRAURIG, LLP

　　　　　　　　　　　　　　　　By:　*/s/ Alexander L. Nowinski*
　　　　　　　　　　　　　　　　　　Kurt A. Kappes
　　　　　　　　　　　　　　　　　　Alexander L. Nowinski
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　ZORYA RESEARCH AND PRODUCTION ENTERPRISES