# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZORYA RESEARCH AND PRODUCTION ENTERPRISES,<br><br>*Plaintiff*,<br><br>v.<br><br>THE RUSSIAN FEDERATION; and DOES 1-20, inclusive,<br><br>*Defendant* | Case No. 2:25-CV-01615-DJC-SCR<br>[Hon. Daniel J. Calabretta, United States District Judge; Hon. Sean C. Riordan, United States Magistrate Judge]<br><br>**ORDER RE: DEFENDANT'S NON-OPPOSED EX PARTE APPLICATION FOR THE COURT'S ORDER PERMITING DEFENDANT TO FILE A LATE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS, ECF NO. [9]**<br><br>Date:       August 21, 2025<br>Time:       1:30 p.m.<br>Location:   Courtroom 7 |

# ORDER

Defendant THE RUSSIAN FEDERATION's Ex Parte Application for the Court's Order Permitting Defendant to File a Late Reply to Plaintiff's Opposition to Motion to Dismiss for Improper Venue, or in the alternative, to Transfer Venue ("the Motion"), ECF No. [9], came on for hearing in Courtroom 7 of this Court.

The Court, having considered Defendants' Ex Parte Application, Declaration of Counsel, relevant case law and good cause shown, **HEREBY ORDERES** as follows:

- Defendant THE RUSSIAN FEDERATION's Ex Parte Application for the Court's Order Permitting Defendant to File a Late Reply to Plaintiff's Opposition to Motion to Dismiss for Improper Venue, or in the alternative, to Transfer Venue, ECF No. [9], is GRANTED:
- Defendant THE RUSSIAN FEDERATION is permitted to file a Reply on July 14, 2025.

**IT IS SO ORDERED.**

Dated: July 11, 2025              /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE